1  BRENDA H. ENTZMINGER
   Nevada Bar No. 9800
2  **PHILLIPS, SPALLAS & ANGSTADT LLC**
3  504 South Ninth Street
   Las Vegas, Nevada 89101
4  (702) 938-1510

5  *Attorneys for Defendant*
   *Wal-Mart Stores, Inc.*
6

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ELIZABETH AMOS-CLINTON,<br><br>Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC., DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No.: 2:14-CV-02055-RFB-GWF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their respective counsel of record, that the above-captioned matter be dismissed with prejudice, each party to bear that

//
//
//
//
//
//
//
//
//

- 1 -

party's own costs and attorney's fees.

DATED this 28TH day of AUGUST, 2015.

**BROCK K. OHLSON, PLLC**

Brock K. Ohlson, Esq.
BROCK K. OHLSON, PLLC
6018 S. Fort Apache Road, Ste. 150
Las Vegas, NV 89148

*Attorneys for Plaintiff*
*Elizabeth Amos-Clinton*

DATED this 11th day of Sept., 2015.

**PHILLIPS, SPALLAS & ANGSTADT**

Brenda H. Entzminger
504 South Ninth Street
Las Vegas, Nevada 89101
*Attorneys for Defendant*
*Wal-Mart Stores, Inc.*

## ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, through their respective counsel, it is hereby:

ORDERED, ADJUDGED, AND DECREED, that the above-captioned matter be dismissed, with prejudice, each party to bear that party's own costs and attorney's fees.

DATED this 14th day of September, 2015.

RICHARD F. BOULWARE, II
United States District Judge